1
2
3
4
5

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| NAUTICA CONDOMINIUM OWNERS ASSOCIATION, a Washington non-profit corporation, | Case No. C15-1788RSM |
|---|---|
| Plaintiff, | |
| v. | |
| ASPEN SPECIALTY INSURANCE COMPANY, a North Dakota corporation, *et. al*. | |
| Defendants. | |
| NAUTICA CONDOMINIUM OWNERS ASSOCIATION, a Washington non-profit corporation, | Case No C16-1983RSM |
| Plaintiff, | |
| v. | |
| UNITED STATES FIRE INSURANCE CO., *et al*. | |
| Defendants. | |

STIPULATED MOTION AND ORDER FOR
CONSOLIDATION OF RELATED ACTIONS

STEIN, SUDWEEKS & HOUSER, PLLC
2701 FIRST AVENUE, SUITE 430
SEATTLE, WA 98121
PHONE 206.388.0660  FAX 206.286.2660

| | |
|---|---|
| NAUTICA CONDOMINIUM OWNERS ASSOCIATION, a Washington non-profit corporation,<br>　　　　　　　　Plaintiff,<br>v.<br>COMMONWEALTH INSURANCE COMPANY OF AMERICA., *et al.*<br>　　　　　　　　Defendants. | C17-0082RSM<br><br>STIPULATED MOTION AND ORDER FOR CONSOLIDATION OF RELATED ACTIONS UNDER FRCP 42(a)(2) |

## I.　　STIPULATION

Plaintiff Nautica Condominium Owners ("Association"); Hartford Fire Insurance Company, Great American E & S Insurance Company; Commonwealth Insurance Company of America; Chubb Custom Insurance Company; and U.S. Fire Insurance Company collectively the "Defendants", hereby stipulate as follows:

1.　　The cases *Nautica Condominium Owners Association v. Aspen Specialty Insurance Company et al.*, Western District of Washington Cause No. 2:15-cv-01788-RSM; *Nautica Condominium Owners Association v. U.S. Fire Insurance Company et al.*, Western District of Washington Cause No. 2:16-cv-01983-JLR; and *Nautica Condominium Owners Association v. Commonwealth Insurance Company of America et al.*, Western District of Washington Cause 2:17-cv-00082-TSZ, involve claims for insurance coverage for alleged damage to the Nautica Condominium building.

2.　　The cases share common issues of fact and law as to liability and damages. The cases also involve many of the same lay and expert witnesses, Association records, and other documentary evidence.

3.　　Consolidating the cases for trial under Fed. R. Civ. P. 42(a)(2) will promote efficiency and conserve judicial resources. It will also conserve the parties' resources, as it will avoid duplicative discovery.

4. Pursuant to LCR 42(a) The Association and all Defendants stipulate that the later filed lawsuits cause No. 2:16-cv-01983-JLR; and 2:17-cv-00082-TSZ shall be consolidated into the current case: *Nautica Condominium Owners Association v. Aspen Specialty Insurance Company et al.*, Western District of Washington Cause No. 2:15-cv-01788-RSM

5. The Association and all Defendants agree that the caption for the current case: *Nautica Condominium Owners Association v. Aspen Specialty Insurance Company et al.*, Western District of Washington Cause No. 2:15-cv-01788-RSM BJR shall be amended to add all Defendants.

6. *Nautica Condominium Owners Association v. Aspen Specialty Insurance Company et al.*, Western District of Washington Cause No. 2:15-cv-01788-RSM, is currently set for a jury trial on September 11, 2017. Case schedules for cause No. 2:16-cv-01983-JLR; and 2:17-cv-00082-TSZ have not been set.

7. The parties agree that trial shall take place on March 27, 2018 or as soon thereafter as permitted by the Court's schedule. The parties agree and request that the case schedule for 2:15-cv-01788-RSM shall govern this lawsuit, and that this case schedule and its deadlines be extended in a way consistent with a March 27, 2018 trial date or a date soon thereafter.

8. The Association and all Defendants who have appeared in the three lawsuits have met and conferred regarding this Stipulation and Proposed Order, as called for in LCR 42(b).

STIPULATED MOTION AND ORDER FOR
CONSOLIDATION OF RELATED ACTIONS

STEIN, SUDWEEKS & HOUSER, PLLC
2701 FIRST AVENUE, SUITE 430
SEATTLE, WA 98121
PHONE 206.388.0660  FAX 206.286.2660

| | | |
|---|---|---|
| 1 | DATED 03/06/17 | By /s/ Daniel Stein |
| 2 | | Justin Sudweeks, WSBA #28755 |
| | | Daniel Houser, WSBA 32327 |
| 3 | | Daniel Stein, WSBA #48739 |
| | | Stein, Sudweeks & Houser, PLLC |
| 4 | | Attorneys for Plaintiff Nautica Condominium Owners Association |
| 5 | | |
| 6 | DATED 03/06/17 | By  /s/ Daniel Stein, WSBA# 48739 for Jillian Hinman via email authorization |
| 7 | | Matthew Adams, WSBA #18820 |
| | | Jillian Hinman, WSBA #40665 |
| 8 | | Forsberg & Umlauf |
| 9 | | Attorneys for Defendant Hartford Fire Insurance Co. |
| 10 | DATED 03/06/17 | By / s/ Daniel Stein, WSBA# 48739 for Owen Mooney via email authorization |
| 11 | | Daniel Rahn Bentson, WSBA #36825 |
| 12 | | Owen Mooney, WSBA #45779 |
| 13 | | Bullivant Houser Bailey, PC |
| | | Attorneys for Defendant Great American E & S Insurance Company |
| 14 | | |
| 15 | | |
| 16 | DATED 03/06/17 | By  /s/ Daniel Stein, WSBA# 48739 for Stephania Denton via email authorization |
| 17 | | Stephania C. Denton, WSBA No. 21920 |
| | | 1420 Fifth Ave., Suite 4200 |
| 18 | | Seattle, WA 98111 |
| 19 | | Attorneys for Defendant Commonwealth Insurance Company of America |

STIPULATED MOTION AND ORDER FOR
CONSOLIDATION OF RELATED ACTIONS

STEIN, SUDWEEKS & HOUSER, PLLC
2701 FIRST AVENUE, SUITE 430
SEATTLE, WA 98121
PHONE 206.388.0660  FAX 206.286.2660

| | | |
|---|---|---|
| 1 | DATED 03/06/17 | By */ s/ Daniel Stein, WSBA# 48739 for Matt Erickson via email authorization* |
| 2 | | Thomas Lether, WSBA #18089 |
| 3 | | Matt Erickson, WSBA #43790 |
| | | 1848 Westlake Avenue N, Suite 100 |
| 4 | | Seattle, WA 98109 |
| 5 | | P: (206) 467-5444/F: (206) 467-5544 |
| | | tlether@letherlaw.com |
| 6 | | eneal@letherlaw.com |
| 7 | | Attorneys for Defendant U.S. Fire Insurance Company |
| 8 | DATED 03/06/17 | By */s/ Daniel Stein, WSBA# 48739 for John Williams via email authorization* |
| 9 | | John L. Williams (WSBA 39653) |
| 10 | | Cozen O'Connor |
| | | 999 Third Avenue, 19th Floor |
| 11 | | Seattle, WA 98104 |
| 12 | | 206-340-1000 |
| | | jlwilliams@cozen.com |
| 13 | | Attorneys for Chubb Custom Insurance Company |

STIPULATED MOTION AND ORDER FOR
CONSOLIDATION OF RELATED ACTIONS

STEIN, SUDWEEKS & HOUSER, PLLC
2701 FIRST AVENUE, SUITE 430
SEATTLE, WA 98121
PHONE 206.388.0660  FAX 206.286.2660

## II. ORDER

Based on the foregoing Stipulation, it is hereby ORDERED:

1) That *Nautica Condominium Owners Association v. U.S. Fire Insurance Company et al.*, Western District of Washington Cause No. 2:16-cv-01983-RSM; and *Nautica Condominium Owners Association v. Commonwealth Insurance Company of America et al.*, Western District of Washington Cause No. 2:17-cv-00082-RSM shall be consolidated into the current case: *Nautica Condominium Owners Association v. Aspen Specialty Insurance Company et al.*, Western District of Washington Cause No. 2:15-cv-01788-RSM.

2) That the caption for the current case: *Nautica Condominium Owners Association v. Aspen Specialty Insurance Company et al.*, Western District of Washington Cause No. 2:15-cv-01788-RSM be amended to add all Defendants.

3) The parties agree that trial shall take place on March 27, 2018 or as soon thereafter as permitted by the Court's schedule. The case schedule for 2:15-cv-01788-RSM shall govern this lawsuit and be amended to reflect a March 27, 2018, trial date, or a date soon thereafter, with its deadlines therein extended in a way consistent with the new trial date.

4) The Clerk shall post a copy of this order in 2:15-cv-01788-RSM, 2:16-cv-01983-RSM, and 2:17-cv-00082-RSM.

DATED this 8 day of March, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER FOR
CONSOLIDATION OF RELATED ACTIONS

STEIN, SUDWEEKS & HOUSER, PLLC
2701 FIRST AVENUE, SUITE 430
SEATTLE, WA 98121
PHONE 206.388.0660  FAX 206.286.2660